AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case: 1:26-mj-00083 |
| Michael Marx (AKA: Michael Patrick or Michael Zavici) | ) Assigned To : Faruqui, Zia, M. |
| DOB: XXXXXX | ) Assign. Date : 5/6/2026 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| | ) |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 4, 2026 _____ in the District of ____ Columbia ____ the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|

18 U.S.C. § 111(a)(1) and (b) (Assaulting, Resisting, Impeding Certain Officers Using a Dangerous Weapon),

18 U.S.C. § 924(c)(1)(A)(iii)(Using, Carrying, Possessing, Brandishing, and Discharging a Firearm During a Crime of Violence),

18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year).

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Justin Korman, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____ 05/06/2026 _____

_____
*Judge's signature*

City and state:        Washington, D.C.        Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*