**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMIBA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Case No. 26-mj-83** |
| | ) | |
| **MICHAEL MARX** | ) | |

**ORDER**

On May 6, 2026, the undersigned authorized a criminal complaint and issued an arrest warrant against the defendant. Rule 5 of the Federal Rules of Criminal Procedure mandates that the government bring the defendant "without unnecessary delay" before a magistrate judge for an initial appearance.

The government has advised the Court that Mr. Marx cannot yet be presented for his initial appearance due to his hospitalization.

To ensure protection of his Constitutional and statutory rights, including his Sixth Amendment right to counsel, the Court hereby appoints the D.C. Federal Public Defender to represent the defendant pending his initial appearance. *See e.g.*, *United States v. Lakanwal*, 25-mj-0289, ECF 3.

SO ORDERED.

May 6, 2026

_____
ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE